## Cabral Invoice Totals

**Martin & Colin, P.C.**

| | Dagoberto Cabral | |
| | 2011-2015 | |
| | 1/20/2015 | |

| Month | Attorney Hrs | Legal Ass't Hrs | Expenses | TOTAL Hrs |
|---|---|---|---|---|
| 7/2011 | 6.00 | 0.00 | | 6.00 |
| 8/2011 | 7.70 | 0.00 | | 7.70 |
| 9/2011 | 13.70 | 2.20 | | 15.90 |
| 10/2011 | 8.70 | 0.00 | | 8.70 |
| 11/2011 | 7.70 | 1.50 | | 9.20 |
| 12/2011 | 1.30 | 0.00 | | 1.30 |
| 1/2012 | 2.50 | 0.00 | | 2.50 |
| 2/2012 | 7.20 | 0.00 | | 7.20 |
| 3/2012 | 2.50 | 1.40 | | 3.90 |
| 4/2012 | 6.60 | 0.00 | | 6.60 |
| 5/2012 | 3.70 | 0.00 | | 3.70 |
| 6/2012 | 9.60 | 0.60 | $350.00 | 10.20 |
| 7/2012 | 3.70 | 0.00 | | 3.70 |
| 8/2012 | 3.30 | 0.40 | | 3.70 |
| 9/2012 | 10.60 | 0.70 | | 11.30 |
| 10/2012 | 13.50 | 0.00 | | 13.50 |
| 11/2012 | 0.50 | 0.00 | | 0.50 |
| 12/2012 | 2.40 | 3.10 | | 5.50 |
| 1/2013 | 4.00 | 0.90 | | 4.90 |
| 2/2013 | 7.50 | 3.60 | | 11.10 |
| 3/2013 | 27.00 | 4.60 | $668.50 | 31.60 |
| 4/2013 | 15.50 | 0.00 | $90.00 | 15.50 |
| 5/2013 | 19.50 | 5.00 | $380.50 | 24.50 |

| | | | | |
|---|---|---|---|---|
| 6/2013 | 5.30 | 0.00 | | 5.30 |
| 7/2013 | 5.00 | 1.50 | $241.92 | 6.50 |
| 8/2013 | 4.60 | 0.90 | | 5.50 |
| 9/2013 | 12.20 | 0.50 | $124.50 | 12.70 |
| 10/2013 | 40.70 | 0.00 | | 40.70 |
| 11/2013 | 1.40 | 2.50 | | 3.90 |
| 12/2013 | 6.10 | 1.70 | | 7.80 |
| 1/2014 | 0.00 | 0.00 | | 0.00 |
| 2/2014 | 0.00 | 0.00 | | 0.00 |
| 3/2014 | 0.00 | 0.00 | | 0.00 |
| 4/2014 | 0.00 | 0.00 | | 0.00 |
| 5/2014 | 0.00 | 0.00 | | 0.00 |
| 6/2014 | 5.70 | 0.00 | | 5.70 |
| 7/2014 | 12.90 | 0.00 | | 12.90 |
| 8/2014 | 0.00 | 0.00 | | 0.00 |
| 9/2014 | 5.10 | 0.00 | | 5.10 |
| 10/2014 | 18.60 | 0.00 | | 18.60 |
| 11/2014 | 21.40 | 0.00 | | 21.40 |
| 12/2014 | 39.80 | 0.00 | | 39.80 |
| 1/2015 | | | | 0.00 |
| 2/2015 | | | | 0.00 |
| 3/2015 | | | | 0.00 |
| 4/2015 | | | | 0.00 |
| 5/2015 | | | | 0.00 |
| 6/2015 | | | | 0.00 |
| TOTALS | 363.5 | 31.1 | $1855.42 | |
| @ Hourly | $145,400.00 | $4,665.00 | | |
| FEE TOTAL | $150,065.00 | | $1855.42 | |
| GRAND TOTAL | $151,920.42 | | | |

| page: 1 of 1 | MARTIN & COLIN, P.C. ACTIVITY SHEET | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Case Name: | Cabral v City of New York | | | | | | | |
| Client Name: | **Dagoberto Cabral** | | | | | Index No.: | | |
| | | | Invoice for Professional Services Rendered July 2011 | | | | | |
| Date | Hours (.10s) | | Activity Code | Staff Member | Summarize Activities | | | |
| | A/T | P/T | | | | | | |
| 7/15/2011 | 1.7 | | B | WM | Initial Mtg w Client | | | |
| 7/27/2011 | 0.6 | | D | WM | Tel convo w Client re Court Tomorrow | | | |
| 7/28/2011 | 1.8 | | C | WM | Travel NYC for criminal court and return | | | |
| 7/28/2011 | 1.9 | | J | WM | Initial Criminal Court Appearance | | | |
| Hours | 6.00 | 0.00 | | | Page Totals | | Expenses: | |
| voucher | 2400.00 | 0.00 | | | | | | |
| Please Pay: | $2,400.00 | | | | | | | |

Activity Codes:

I. Out-of-Court
A. Review Documents
B. Client Interview
C. Travel
D. Phone/Correspondence

E. Legal Drafting
F. Legal Research
G. Investigation
H. All Other

II. In-Court
J. Inicial Appearance
K. Pre-trial Hearings
N. All Other

L. Fact Finding
M. Disposition

III. Other
P. Expenses (list along right side of form)

Attorney Time - Billed at Hourly Rate of $400/hr
Legal Assistant Time - Billed at Hourly Rate of $150/hr

| page: 1 of 1 | | | MARTIN & COLIN, P.C. ACTIVITY SHEET | | | | |

Case Name: Cabral v City of New York
Client Name: **Dagoberto Cabral**    Index No.:

Invoice for Professional Services Rendered August 2011

| Date | Hours (.10s) A/T | Hours (.10s) P/T | Activity Code | Staff Member | Summarize Activities |
|---|---|---|---|---|---|
| 8/2/2011 | 0.6 | | D | WM | Tel convo w ADA Gregory LeDonne re Return of Property |
| 8/17/2011 | 0.8 | | E | WM | Legal Res re Krimstock 2d Cir cases identified by ADA LeDonne |
| 8/20/2011 | 0.9 | | D | WM | Letter to Oath re Hearing to Get Property Returned |
| 8/20/2011 | 0.8 | | D | WM | Letter to NYPD Legal Bureau re Property Return |
| 8/23/2011 | 1.1 | | A | WM | Received 6-25-11 Cash Receipt (Forfeiture) |
| 8/29/2011 | 1.6 | | E | WM | D1 Notice of Claim |
| 8/29/2011 | 1.9 | | B | WM | Meeting with the Client |

| | | | | | Page Totals | | Expenses: | |
|---|---|---|---|---|---|---|---|---|
| Hours | 7.70 | 0.00 | | | | | | |
| voucher | 3080.00 | 0.00 | | | | | | |
| Please Pay: | $3,080.00 | | | | | | | |

Activity Codes:

I. Out-of-Court
A. Review Documents
B. Client Interview
C. Travel
D. Phone/Correspondence
E. Legal Drafting
F. Legal Research
G. Investigation
H. All Other

II. In-Court
J. Inicial Appearance
K. Pre-trial Hearings
L. Fact Finding
M. Disposition
N. All Other

III. Other
P. Expenses (list along right side of form)

Attorney Time - Billed at Hourly Rate of $400/hr
Legal Assistant Time - Billed at Hourly Rate of $150/hr

| page: 1 of 1 | | | MARTIN & COLIN, P.C. ACTIVITY SHEET | | | |
|---|---|---|---|---|---|---|
| Case Name: | Cabral v City of New York | | | | | |
| Client Name: | Dagoberto Cabral | | | | Index No.: | |
| | | | Invoice for Professional Services Rendered September 2011 | | | |
| Date | Hours (.10s) | | Activity Code | Staff Member | Summarize Activities | |
| | A/T | P/T | | | | |
| 9/1/2011 | 0.8 | | E | WM | Drafted Second Demand for Retention Hearing | |
| 9/1/2011 | 0.4 | | D | WM | Email Correspondence with client | |
| 9/7/2011 | 0.8 | | E | WM | D2 Notice of Claim | |
| 9/8/2011 | 2.1 | | A | WM | Dag Business Checking Accounts - begin review | |
| 9/9/2011 | 2.2 | | A | WM | Reviewed Dag Portfolio - Monthly Summary from May 2010 to August 2011 | |
| 9/13/2011 | 0.7 | | E | WM | D3 Notice of Claim | |
| 9/13/2011 | 1.7 | | B | WM | Client Meeting-Signed Notice of Claim | |
| 9/15/2011 | 0.8 | | F | WM | Additional Krimstock-Oath Hearing Legal Research | |
| 9/16/2011 | | 1.40 | H | JT | Copy and Serve Notice of Claim | |
| 9/16/2011 | | 0.80 | H | JT | 9-16-11 BB & AOS | |
| 9/17/2011 | 0.8 | | B | WM | Tel convo w client re Crimi Court tomorrow | |
| 9/18/2011 | 1.8 | | C | WM | Travel to NYC Criminal Court | |
| 9/18/2011 | 1.6 | | N | WM | Court appearance; case adjourned for hearings | |
| Hours | 13.70 | 2.20 | | | Page Totals | Expenses: |
| voucher | 5480.00 | 330.00 | | | | |
| Please Pay: | $5,810.00 | | | | | |

Activity Codes:

I. Out-of-Court
- A. Review Documents
- B. Client Interview
- C. Travel
- D. Phone/Correspondence
- E. Legal Drafting
- F. Legal Research
- G. Investigation
- H. All Other

II. In-Court
- J. Inicial Appearance
- K. Pre-trial Hearings
- L. Fact Finding
- M. Disposition
- N. All Other

III. Other
- P. Expenses (list along right side of form)

Attorney Time - Billed at Hourly Rate of $400/hr
Legal Assistant Time - Billed at Hourly Rate of $150/hr

# MARTIN & COLIN, P.C. ACTIVITY SHEET

page: 1 of 1

Case Name: Cabral v City of New York
Client Name: **Dagoberto Cabral**
Index No.:

Invoice for Professional Services Rendered October 2011

| Date | Hours (.10s) A/T | Hours (.10s) P/T | Activity Code | Staff Member | Summarize Activities |
|---|---|---|---|---|---|
| 10/3/2011 | 1.7 | | B | WM | Prep Client for Hearing Tomorrow |
| 10/4/2011 | 1.8 | | C | WM | Travel to NYC for Supression Hearings |
| 10/4/2011 | 1.2 | | K | WM | Criminal Court for Suppression Hearings - Case Dismissed |
| 10/11/2011 | 0.7 | | E | WM | Draft Retainer Agreement for 1983 Action |
| 10/29/2011 | 0.6 | | F | WM | Leg Res - 2000 Paul J - Legal Research NYS malicious prosecution |
| 10/29/2011 | 0.8 | | F | WM | Leg Res - McPherson v City of N - Research NYS probable cause for arrest |
| 10/31/2011 | 1.9 | | F | WM | Leg Res - Peo v Morgan - Smell of marihuana as prob cause to search |

| | | | | | Page Totals | | Expenses: | |
|---|---|---|---|---|---|---|---|---|
| Hours | 8.70 | 0.00 | | | | | | |
| voucher | 3480.00 | 0.00 | | | | | | |
| Please Pay: | $3,480.00 | | | | | | | |

**Activity Codes:**

I. Out-of-Court
- A. Review Documents
- B. Client Interview
- C. Travel
- D. Phone/Correspondence
- E. Legal Drafting
- F. Legal Research
- G. Investigation
- H. All Other

II. In-Court
- J. Inicial Appearance
- K. Pre-trial Hearings
- L. Fact Finding
- M. Disposition
- N. All Other

III. Other
- P. Expenses (list along right side of form)

Attorney Time - Billed at Hourly Rate of $400/hr
Legal Assistant Time - Billed at Hourly Rate of $150/hr

page: 1 of 1

# MARTIN & COLIN, P.C. ACTIVITY SHEET

Case Name: Cabral v City of New York
Client Name: **Dagoberto Cabral**
Index No.:

Invoice for Professional Services Rendered November 2011

| Date | Hours (.10s) A/T | Hours (.10s) P/T | Activity Code | Staff Member | Summarize Activities |
|---|---|---|---|---|---|
| 11/9/2011 | 1.7 | | B | WM | Prep for Hearing Tomorrow w Client |
| 11/10/2011 | 1.8 | | L | WM | Travel to NYC for Suppression Hearings |
| 11/10/2011 | 1.6 | | L | WM | NYC for Suppression Hearings; Case Dismissed |
| 11/10/2014 | 0.7 | | G | WM | In person interview of Riqueldyn Gomez |
| 11/10/2014 | 0.6 | | G | WM | In person interview of Billy Epps |
| 11/10/2011 | 1.3 | | B | WM | Reviewed Signed Retainer Agreement; Meet w Client |
| 11/11/2011 | | 0.8 | E | JT | D1 OCA Statement |
| 11/17/2011 | | 0.70 | D | JT | Cover Letter with Signed Retainer Agreement |

| | | | | | Page Totals | | Expenses: | |
|---|---|---|---|---|---|---|---|---|
| Hours | 7.70 | 1.50 | | | | | | |
| voucher | 3080.00 | 225.00 | | | | | | |
| Please Pay: | $3,305.00 | | | | | | | |

Activity Codes:

**I. Out-of-Court**
A. Review Documents
B. Client Interview
C. Travel
D. Phone/Correspondence

E. Legal Drafting
F. Legal Research
G. Investigation
H. All Other

**II. In-Court**
J. Inicial Appearance
K. Pre-trial Hearings

L. Fact Finding
M. Disposition
N. All Other

**III. Other**
P. Expenses (list along right side of form)

Attorney Time - Billed at Hourly Rate of $400/hr
Legal Assistant Time - Billed at Hourly Rate of $150/hr

| page: 1 of 1 | **MARTIN & COLIN, P.C. ACTIVITY SHEET** | | | | |
|---|---|---|---|---|---|

Case Name: Cabral v City of New York

Client Name: Dagoberto Cabral          Index No.:

Invoice for Professional Services Rendered December 2011

| Date | Hours (.10s) A/T | Hours (.10s) P/T | Activity Code | Staff Member | Summarize Activities |
|---|---|---|---|---|---|
| 12/7/2011 | 0.7 | | D | WM | Letter re 50H |
| 12/28/2011 | 0.6 | | H | WM | 50H 718-319-1400 (adj)- Klein - adjourned to another date |
| **Hours** | 1.30 | 0.00 | | | **Page Totals**            Expenses: |
| voucher | 520.00 | 0.00 | | | |
| Please Pay: | $520.00 | | | | |

**Activity Codes:**

I. Out-of-Court
A. Review Documents
B. Client Interview
C. Travel
D. Phone/Correspondence
E. Legal Drafting
F. Legal Research
G. Investigation
H. All Other

II. In-Court
J. Inicial Appearance
K. Pre-trial Hearings
L. Fact Finding
M. Disposition
N. All Other

III. Other
P. Expenses (list along right side of form)

Attorney Time - Billed at Hourly Rate of $400/hr
Legal Assistant Time - Billed at Hourly Rate of $150/hr