# MARTIN & COLIN, P.C. ACTIVITY SHEET

Case Name: Cabral v City of New York
Client Name: **Dagoberto Cabral**
Index No.:

Invoice for Professional Services Rendered January 2013

| Date | Hours (.10s) A/T | Hours (.10s) P/T | Activity Code | Staff Member | Summarize Activities |
|---|---|---|---|---|---|
| | | | | | |
| 1/10/2013 | 1.2 | | A,B | WM | Rec & Rev Def's First Interrog and Doc Demand; Ask Client to Gather Docs |
| 1/24/2013 | 1.1 | | A | WM | Rec & Rev Def's Discovery Responses to Pl's First Demands |
| 1/25/2013 | 0.9 | | E | WM | Begin (Draft 1) Plaintiff's Second Demand for Docs |
| 1/28/2013 | 0.8 | | E | WM | Continue (Dr2) and Final Pl's Second Discov Demand |
| 1/28/2013 | | 0.9 | G | JT | Draft Cov Ltr; Copy, Blueback, Serve by Mail, AOS Pl's Second Doc Demand |

| | A/T | P/T | | | Page Totals | | Expenses: |
|---|---|---|---|---|---|---|---|
| Hours | 4.00 | 0.90 | | | | | |
| voucher | 1600.00 | 135.00 | | | | | |
| Please Pay: | $1,735.00 | | | | | | |

**Activity Codes:**

**I. Out-of-Court**
A. Review Documents
B. Client Interview
C. Travel
D. Phone/Correspondence
E. Legal Drafting
F. Legal Research
G. Investigation
H. All Other

**II. In-Court**
J. Inicial Appearance
K. Pre-trial Hearings
L. Fact Finding
M. Disposition
N. All Other

**III. Other**
P. Expenses (list along right side of form)

Attorney Time - Billed at Hourly Rate of $400/hr
Legal Assistant Time - Billed at Hourly Rate of $150/hr

# MARTIN & COLIN, P.C. ACTIVITY SHEET

Case Name: Cabral v City of New York
Client Name: **Dagoberto Cabral**  Index No.:

Invoice for Professional Services Rendered February 2013

| Date | Hours (.10s) A/T | Hours (.10s) P/T | Activity Code | Staff Member | Summarize Activities |
|---|---|---|---|---|---|
| 2/1/2013 | 0.8 | | E | WM | Draft 1 Response to City's Demand Interrogatories - continue draft |
| 2/1/2013 | 0.7 | | E | WM | Draft 1 Response to Demand for Production of Documents - continue draft |
| 2/4/2013 | 0.9 | | E | WM | NYC Non Party Depositions draft |
| 2/8/2013 | 0.6 | | E | WM | D2 Resp to City's Dem Interrogatories and Demand for Information - revise |
| 2/8/2013 | 1.7 | | B | WM | Appointment with Client |
| 2/8/2013 | 0.4 | | D | WM | Email Correspondence w Client |
| 2/8/2013 | 1.1 | | A | WM | Reviewed 2008 through 2011 Tax Returns of client |
| 2/14/2013 | | 0.8 | D | JT | Cover Letter Authorization SSA |
| 2/14/2013 | | 0.70 | D | JT | Cover Letter Authorization Mount Vernon Hospital |
| 2/14/2013 | | 0.6 | D | JT | Cover Letter Authorization Medicaid |
| 2/14/2013 | 0.8 | | F | WM | Legal Research- Kamins NYLJ Article re 4th Amendment Update |
| 2/20/2013 | | 0.9 | D | JT | BB Plaintiff's Response to Defendant's Interrogatories and Demand for Inform |
| 2/22/2013 | | 0.6 | D | JT | AOS Plaintiff's Response to Defendant's Interrogatories |
| 2/26/2013 | 0.5 | | A | WM | Reviewed Discovery Extension Letter to Court |

| | | | | Page Totals | | Expenses: | |
|---|---|---|---|---|---|---|---|
| Hours | 7.50 | 3.60 | | | | | |
| voucher | 3000.00 | 540.00 | | | | | |
| Please Pay: | $3,540.00 | | | | | | |

**Activity Codes:**

I. Out-of-Court

A. Review Documents    E. Legal Drafting
B. Client Interview    F. Legal Research
C. Travel              G. Investigation
D. Phone/Correspondence H. All Other

II. In-Court

J. Inicial Appearance    L. Fact Finding
K. Pre-trial Hearings    M. Disposition
N. All Other

III. Other

P. Expenses (list along right side of form)

Attorney Time - Billed at Hourly Rate of $400/hr
Legal Assistant Time - Billed at Hourly Rate of $150/hr

# MARTIN & COLIN, P.C. ACTIVITY SHEET

page: 1 of 1

Case Name: Cabral v City of New York
Client Name: **Dagoberto Cabral**          Index No.:

Invoice for Professional Services Rendered March 2013

| Date | Hours (.10s) A/T | Hours (.10s) P/T | Activity Code | Staff Member | Summarize Activities |
|---|---|---|---|---|---|
| 3/2/2012 | 1.6 | | B | WM | Prep plaintiff for deposition |
| 3/4/2013 | 1.9 | | N | WM | Travel to NYC for plaintiff's deposition |
| 3/4/2013 | 3.1 | | N | WM | Deposition of Plaintiff |
| 3/5/2013 | 1.1 | | A | WM | Reviewed Pl's 2009 and 2012 Portfolio Monthly Summaries - Busin ATM Acti |
| 3/5/2013 | 0.6 | | E | WM | D5 through D10 Chart - Revisions to ATM Chart |
| 3/6/2013 | 1.9 | | E | WM | Reviewed Exhibits for Thompson Deposition; Prep for Thompson Deposition |
| 3/6/2013 | 1.8 | | N | WM | Travel to NYC for Defen Thompson's Deposition |
| 3/6/2013 | 1.8 | | N | WM | Deposition of Def Thompson |
| 3/6/2013 | 1.8 | | F | WM | Legal Research- Townes 2003 2d Cir and progeny; also add'l marijuana rese |
| 3/7/2013 | 0.7 | | A | WM | Reviewed 6-24-11 Arrest Report and other Arrest Docs |
| 3/7/2013 | 1.3 | | F | WM | Legal Research- 2001 Informant Tip Not Enough |
| 3/11/2013 | 1.3 | | E | WM | D1 through D3 (final) Third Demand for Documents - draft |
| 3/11/2013 | 0.8 | | E | WM | Notice of Deposition Sergeant Goggin |
| 3/14/2013 | | 0.6 | | JT | BB Plaintiff's Third Demand for Documents |
| 3/14/2013 | | 0.5 | | JT | BB Notice of Deposition |
| 3/14/2013 | | 0.6 | | JT | AOS Plaintiff's Third Demand for Documents |
| 3/14/2013 | | 0.4 | | JT | AOS Notice of Deposition |
| 3/15/2013 | 1.3 | | | WM | Draft & Revise Subpoenas ADA and DA File |
| 3/15/2013 | | 0.5 | | JT | AOS Notice of Deposition Ledonne |
| 3/15/2013 | | 0.5 | | JT | Cover Letter Savon Serve Subpoenas |
| 3/15/2013 | 0.8 | | | WM | Notice of Deposition ADA Ledonne |
| 3/23/2013 | 0.5 | | | WM | Reviewed for Depos the Pl's Mediation Submission |
| 3/24/2013 | 0.6 | | | WM | Reviewed ATM Data Monthly from Dag |
| 3/25/2013 | 0.4 | | | WM | Cover Letter Wachs Transcript Thompson |
| 3/25/2013 | 0.9 | | | WM | Legal Research- LAS Getting Your Property Back from NYC |
| 3/25/2013 | 0.5 | | | WM | Plaintiff's Response to Defendant's Interrogatories - draft |
| 3/25/2013 | | 0.5 | | JT | Corr Aff Thompson |
| 3/26/2013 | 0.5 | | | WM | Cover Letter Wachs re Plaintiff Disclosure |
| 3/26/2013 | | 0.5 | | JT | Letter to ACA with email Pl Documents |
| 3/26/2013 | 0.8 | | | WM | Cover Letter Wachs with Pl's Mediation and ATM Data Disclosure |
| 3/26/2013 | 0.6 | | | WM | Cover Letter Wachs re SW and Affidavits 499 W 158 |
| 3/27/2013 | 0.4 | | | WM | Letter to ACA re Need 499 Documents |
| 3/27/2013 | | 0.5 | | JT | Letter with Check to Diamond Court Reporters |
| Hours | 27.00 | 4.60 | | | Page Totals                           Expenses: |
| voucher | 10800.00 | 690.00 | | | |
| Please Pay: | $11,490.00 | | | | |

Attorney Time - Billed at Hourly Rate of $400/hr
Legal Assistant Time - Billed at Hourly Rate of $150/hr

# MARTIN & COLIN, P.C. ACTIVITY SHEET

Case Name: Cabral v City of New York
Client Name: **Dagoberto Cabral**  Index No.:

Invoice for Professional Services Rendered April 2013

| Date | Hours (.10s) A/T | Hours (.10s) P/T | Activity Code | Staff Member | Summarize Activities |
|---|---|---|---|---|---|
| 4/3/2013 | 0.8 | | D | WM | Draft & Revised Cover Letter, LeDonne Subpoena, etc. |
| 4/5/2013 | 0.6 | | A | WM | Reviewed Thompson Correction Sheet |
| 4/10/2013 | 0.6 | | B | WM | Email Correspondence w client |
| 4/10/2013 | 0.7 | | D | WM | ADA re File Sealed - correspondence |
| 4/10/2013 | 0.8 | | F | WM | Legal Research- Cases Unseal Warrant Application |
| 4/11/2013 | 0.8 | | E | WM | D1 Letter to Judge re Search Warrant Affidavits |
| 4/12/2013 | 0.7 | | E | WM | Revised Letter to Judge re Notice of Subpoena |
| 4/12/2013 | 1.8 | | G | WM | Reviewed entire NYPD Patrol Guide re search and seizure, Notes |
| 4/15/2013 | 0.6 | | F | WM | Legal Research- 4/26/2011 WNYC News Report |
| 4/15/2013 | 0.6 | | F | WM | Legal Research- Public Display Marijuana |
| 4/16/2013 | 0.9 | | A | WM | Review Client's List of Customer Cancels due to Arrest |
| 4/17/2013 | 0.7 | | D | WM | Correspon re Discov fr NY County DA Office |
| 4/19/2013 | 0.5 | | A | WM | Reviewed Letter from Wachs re Gomez's Telephone Number |
| 4/22/2013 | 1.4 | | E | WM | Drafts 2 through 4 of Ltr to Judge re Search Warrant Affidavits - Discov Dispu |
| 4/23/2013 | 1.1 | | D | WM | Letter to Court re Discovery Dispute - continue draft |
| 4/26/2013 | 0.7 | | G | WM | Fact Discovery Due 5/8/2013 - outline issues for judge |
| 4/26/2013 | 0.5 | | E | WM | Finalize Discovery Dispute Response |
| 4/30/2013 | 1.7 | | H | WM | Prep for May 1 Deposition of NYPD Sgt Kevin Goggin |
| Hours | 15.50 | 0.00 | | | Page Totals — Expenses: |
| voucher | 6200.00 | 0.00 | | | |
| Please Pay: | $6,200.00 | | | | |

Activity Codes:

**I. Out-of-Court**
A. Review Documents
B. Client Interview
C. Travel
D. Phone/Correspondence
E. Legal Drafting
F. Legal Research
G. Investigation
H. All Other

**II. In-Court**
J. Inicial Appearance
K. Pre-trial Hearings
N. All Other

**III. Other**
L. Fact Finding
M. Disposition
P. Expenses (list along right side of form)

Attorney Time - Billed at Hourly Rate of $400/hr
Legal Assistant Time - Billed at Hourly Rate of $150/hr

# MARTIN & COLIN, P.C. ACTIVITY SHEET

Case Name: Cabral v City of New York
Client Name: **Dagoberto Cabral**         Index No.:

Invoice for Professional Services Rendered May 2013

| Date | Hours (.10s) A/T | Hours (.10s) P/T | Activity Code | Staff Member | Summarize Activities |
|---|---|---|---|---|---|
| 5/1/2013 |  | 0.7 | D | JT | Draft Cover Letter to Wachs with Plaintiff's Disclosure |
| 5/2/2013 | 1.8 |  | C | WM | Travel to NYC for Depo of Sgt K Goggin; and return |
| 5/1/2013 | 1.9 |  | H | WM | Conduct Deposition of K. Goggin |
| 5/1/2013 | 0.8 |  | E | WM | Draft 1 and Dr2 (final) Vendor List to ACC Wachs |
| 5/2/2013 | 0.7 |  | E | WM | Draft & Send Plaintiff's Fourth Demand for Documents (after Goggin depo) |
| 5/3/2013 | 0.8 |  | E | CR | Reviewed Affidavit for Search Warrant of Pl's Vehicle 156-162 |
| 5/3/2013 |  | 0.8 | D | JT | Copy, Blueback & Serve Plaintiff's Forth Demand for Documents |
| 5/3/2013 |  | 0.7 | D | JT | Affid of Service Plaintiff's Fourth Demand for Documents |
| 5/4/2013 | 0.6 |  | F | WM | Legal Research- 2013 US Sup Ct Dog Sniff Car Search |
| 5/7/2013 | 1.1 |  | E | WM | Draft 1 and Draft 2 Letter to Judge re Status of Case |
| 5/7/2013 | 0.7 |  | E | WM | Continue Draft (D3) Damages Portion of Letter to Judge re Status of Case |
| 5/7/2013 | 1.2 |  | F | WM | Legal Research- Relevant 2d Cir Cases (Ackerson, Gilles, etc.) for Status Ltr |
| 5/8/2013 | 0.4 |  | D | WM | Email Correspondence to ACC Wachs |
| 5/8/2013 | 0.5 |  | D | WM | Filed Status Letter to Court |
| 5/8/2013 | 1.3 |  | B | WM | Appointment with Client re Status of Case; Court tomorrow |
| 5/9/2013 | 1.8 |  | G | WM | Travel to NYC for Court Conference; and return |
| 5/9/2013 | 1.1 |  | N | WM | Court App; Status Conf w Judge Schofield |
| 5/13/2013 | 0.8 |  | A | WM | Rec & Rev Order re Status; Cover Letter Order to ADA Dowdell, ADA LeDonr |
| 5/13/2013 | 0.6 |  | A | WM | Rec & Rev City's Response & Objections to Plaintiff Fourth Doc Demand |
| 5/13/2013 | 0.5 |  | D | WM | Cover Letter with Check Sav-on Process Server of EBT subpoenas |
| 5/14/2013 | 0.6 |  | A | WM | Reviewed Letter re Deposition from District Atty's Office (ADA Dowdell) |
| 5/17/2013 | 0.8 |  | E | WM | Draft Prop Joint Remaining Discovery Schedule to Judge |
| 5/17/2013 |  | 0.8 | E | JT | Draft Notice of Deposition Detective Kaligiros |
| 5/20/2013 |  | 0.7 | E | JT | Copy, Blueback, Serv by Mail Notice of Deposition Kaligiros |
| 5/21/2013 |  | 0.6 | D | JT | Draft Deposition Correction Affidavit of K. Goggin |
| 5/21/2013 | 0.6 |  | A | WM | Reviewed New Scheduling Order; Calendar Dates |
| 5/24/2013 |  | 0.7 | D | JT | AOS Notice of Deposition Kaligiros |
| 5/29/2013 | 0.9 |  | D | WM | Reviewed 2013 City Subpoena to Access One for Pl's Business Account Rec |
| Hours | 19.50 | 5.00 |  |  | Page Totals                     Expenses: |
| voucher | 5850.00 | 750.00 |  |  |  |
| Please Pay: | $6,600.00 |  |  |  |  |

Attorney Time - Billed at Hourly Rate of $400/hr
Legal Assistant Time - Billed at Hourly Rate of $150/hr

| | | | | | |
|---|---|---|---|---|---|
| page: 1 of 1 | | **MARTIN & COLIN, P.C. ACTIVITY SHEET** | | | |

Case Name: Cabral v City of New York
Client Name: **Dagoberto Cabral**      Index No.:

Invoice for Professional Services Rendered June 2013

| Date | Hours (.10s) A/T | Hours (.10s) P/T | Activity Code | Staff Member | Summarize Activities |
|---|---|---|---|---|---|
| 6/5/2013 | 0.5 | | A | WM | Reviewed Letter From ADA Dowdell re Deposition of ADA LeDonne |
| 6/5/2013 | 0.7 | | D | WM | Identify Good Dates; Draft Letter to ADA Dowdell re Deposition Dates |
| 6/5/2013 | 0.6 | | D | WM | Draft & Send Letter to ACC Wachs re Depositions |
| 6/10/2013 | 0.7 | | D | WM | Draft & Send Letter to ACC Wachs re Depo Transcript Sgt Goggin |
| 6/11/2013 | 0.9 | | G | WM | At ACC Request, Rev File for Riqueldyn Gomez Contact Information; t/c clien |
| 6/11/2013 | 0.6 | | D | WM | Draft & Send Letter to ACC Wachs re old Gomez Contact Information |
| 6/11/2013 | 0.5 | | E | WM | Draft & Send Letter to ACC Wachs re future Kaligiros Deposition |
| 6/18/2013 | 0.8 | | G | WM | Expert Discovery Due 6/28/13 - Final Review of File to Determine if Use Expe |

| | | | | Page Totals | | Expenses: | |
|---|---|---|---|---|---|---|---|
| Hours | 5.30 | 0.00 | | | | | |
| voucher | 2120.00 | 0.00 | | | | | |
| Please Pay: | $2,120.00 | | | | | | |

**Activity Codes:**

I. Out-of-Court

| A. Review Documents | E. Legal Drafting | J. Inicial Appearance | L. Fact Finding | P. Expenses (list along |
| B. Client Interview | F. Legal Research | K. Pre-trial Hearings | M. Disposition | right side of form) |
| C. Travel | G. Investigation | N. All Other | | |
| D. Phone/Correspondence | H. All Other | | | |

II. In-Court        III. Other

Attorney Time - Billed at Hourly Rate of $400/hr
Legal Assistant Time - Billed at Hourly Rate of $150/hr

| page: 1 of 1 | MARTIN & COLIN, P.C. ACTIVITY SHEET | | | | | | | |
|---|---|---|---|---|---|---|---|---|

Case Name: Cabral v City of New York
Client Name: **Dagoberto Cabral**   Index No.:

Invoice for Professional Services Rendered July 2013

| Date | Hours (.10s) | | Activity Code | Staff Member | Summarize Activities | | | |
|---|---|---|---|---|---|---|---|---|
| | A/T | P/T | | | | | | |
| 7/1/2013 | 0.4 | | E | WM | Legal Res - 2d Cir Cameron v. City of New York cited by DA's Office | | | |
| 7/2/2013 | 1.8 | | C | WM | Travel to NYC for Depo of ADA LeDonne; and return | | | |
| 7/2/2013 | 1.9 | | G | WM | Deposition of ADA LeDonne | | | |
| 7/29/2013 | 0.9 | | F | WM | Legal Research - Seizure of Pl's Cash; incl. 2013 Mishra case (Dist. Ct. Nebr) | | | |
| 7/31/2013 | | 0.9 | D | JT | Draft & Send Cover Letter to ACC Wachs & ADA Dowdell w Transcr LeDonne | | | |
| 7/31/2013 | | 0.6 | D | JT | Create Correction Affidavit for ADA G. LeDonne | | | |
| Hours | 5.00 | 1.50 | | | Page Totals | | Expenses: | |
| voucher | 2000.00 | 225.00 | | | | | | |
| Please Pay: | $2,225.00 | | | | | | | |

Activity Codes:

I. Out-of-Court

| A. Review Documents | E. Legal Drafting | | II. In-Court | | III. Other | |
|---|---|---|---|---|---|---|
| | | | J. Inicial Appearance | L. Fact Finding | P. Expenses (list along | |
| B. Client Interview | F. Legal Research | | K. Pre-trial Hearings | M. Disposition | right side of form) | |
| C. Travel | G. Investigation | | N. All Other | | | |
| D. Phone/Correspondence | H. All Other | | | | | |

Attorney Time - Billed at Hourly Rate of $400/hr

Legal Assistant Time - Billed at Hourly Rate of $150/hr

| page: 1 of 1 | | MARTIN & COLIN, P.C. ACTIVITY SHEET | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Case Name: Cabral v City of New York | | | | | | | | |
| Client Name: **Dagoberto Cabral** | | | | | Index No.: | | | |
| | | Invoice for Professional Services Rendered August 2013 | | | | | | |
| Date | Hours (.10s) | | Activity Code | Staff Member | Summarize Activities | | | |
| | A/T | P/T | | | | | | |
| 8/21/2013 | | 0.9 | D | JT | Draft & Send Letter with Check to Diamond Reporters re ADA LeDonne Depo | | | |
| 8/26/2013 | 1.1 | | F | WM | Legal Research- NY Jur on Strip Searches; incl. NY CPL 480 & Cases | | | |
| 8/26/2013 | 0.9 | | E | WM | Outline Pre-Motion Letter for Summ Jdgmt due to Court on 9/5 | | | |
| 8/28/2013 | 1.8 | | E | WM | Begin Draft (Dr1) Pre-motion Letter to J. Schofield re Summ Jdgmt | | | |
| 8/30/2013 | 0.8 | | F | WM | Legal Research- 2d Cir - No Automatic Strip Search on Misdemeanor Arrests | | | |
| Hours | 4.60 | 0.90 | | | Page Totals | | Expenses: | |
| voucher | 1840.00 | 135.00 | | | | | | |
| Please Pay: | $1,975.00 | | | | | | | |

**Activity Codes:**

**I. Out-of-Court**

A. Review Documents   E. Legal Drafting
B. Client Interview   F. Legal Research
C. Travel             G. Investigation
D. Phone/Correspondence   H. All Other

**II. In-Court**

J. Inicial Appearance   L. Fact Finding
K. Pre-trial Hearings   M. Disposition
N. All Other

**III. Other**

P. Expenses (list along right side of form)

Attorney Time - Billed at Hourly Rate of $400/hr
Legal Assistant Time - Billed at Hourly Rate of $150/hr

# MARTIN & COLIN, P.C. ACTIVITY SHEET

Case Name: Cabral v City of New York
Client Name: **Dagoberto Cabral**                                    Index No.:

Invoice for Professional Services Rendered September 2013

| Date | Hours (.10s) A/T | P/T | Activity Code | Staff Member | Summarize Activities |
|---|---|---|---|---|---|
| 9/2/2013 | 0.8 | | E | WM | D3 and D4 Pre-motion Letter to J Schofield - re Probable Cause for Stop |
| 9/4/2013 | 1.1 | | E | WM | D5 through D8 Pre-motion Letter to J Schofield - re Strip Search |
| 9/4/2013 | 0.9 | | A,F | WM | Reviewed Defendant's Filed Letter Req Pre-motion Conf; Review cited cases |
| 9/5/2013 | 1.1 | | E | WM | D9 through D12 Pre-motion Letter to J Schofield - re Keep Cash & Van |
| 9/5/2013 | 0.8 | | F | WM | Legal Research- 2011 US v Bristol - Car Stopped on Hunch - illegal |
| 9/5/2013 | 0.8 | | F | WM | Legal Research- Public Display Marijuana in NY courts |
| 9/5/2013 | 0.9 | | F | WM | Legal Research- LaFave Treatise on Car Stop; Car Search; Pretext Stop |
| 9/5/2013 | 0.5 | | F | WM | Legal Research- Terrero (NY App Div) 1988 Case Citing LaFave Similar Fact |
| 9/5/2013 | 0.6 | | E | WM | Final Revisions to Letter Motion Req Summ Judgmt Schedule |
| 9/5/2013 | 0.5 | | G | WM | File Plaintiff's Letter Req Pre-Mot Conf to File Mot for Summ Jdgmt |
| 9/10/2013 | | 0.5 | D | JT | Draft & Send Letter to Court Reporter with Check |
| 9/13/2013 | 0.4 | | A,F | WM | Reviewed Defendant's Filed Letter Req Adj of Pre-motion Conference |
| 9/25/2013 | 0.6 | | G | WM | Prep for Court App Tomorrow re Requ to Make Summ Jdgmt Motion |
| 9/26/2013 | 1.8 | | C | WM | Travel to NYC for Court Appearance; and return |
| 9/26/2013 | 1.4 | | N | WM | Conf w Court on Summ Jdgmt Motions; Schedule Set |

| | | | | Page Totals | | Expenses: | |
|---|---|---|---|---|---|---|---|
| Hours | 12.20 | 0.50 | | | | | |
| voucher | 4880.00 | 75.00 | | | | | |
| Please Pay: | $4,955.00 | | | | | | |

**Activity Codes:**

**I. Out-of-Court**

| | | **II. In-Court** | **III. Other** |
|---|---|---|---|
| A. Review Documents | E. Legal Drafting | J. Inicial Appearance | L. Fact Finding | P. Expenses (list along |
| B. Client Interview | F. Legal Research | K. Pre-trial Hearings | M. Disposition | right side of form) |
| C. Travel | G. Investigation | N. All Other | |
| D. Phone/Correspondence | H. All Other | | |

Attorney Time - Billed at Hourly Rate of $400/hr
Legal Assistant Time - Billed at Hourly Rate of $150/hr

# MARTIN & COLIN, P.C. ACTIVITY SHEET

Case Name: Cabral v City of New York
Client Name: **Dagoberto Cabral**   Index No.:

Invoice for Professional Services Rendered October 2013

| Date | Hours (.10s) A/T | P/T | Activity Code | Staff Member | Summarize Activities |
|---|---|---|---|---|---|
| 10/10/2013 | 0.2 | | A | WM | Reviewed Def Not of Mot for Partial Summary Jdgmt and Notice to Dismiss |
| 10/10/2013 | 0.6 | | A | WM | Reviewed Declar of ACC; Rev Defs' Stmt of Undisputed Facts |
| 10/10/2013 | 1.2 | | A | WM | Reviewed Defs' Memo of Law in Support of Defs' Motions |
| 10/18/2013 | 0.6 | | F | WM | Legal Research- Recent Search Seizure Cases |
| 10/19/2013 | 0.5 | | F | WM | Legal Res - Olatunjiojo v NYPD; Hollins v City of New York (LGS opinion 201 |
| 10/24/2013 | 1.2 | | F | WM | Legal Research- 2013 NYPD Patrol Guide/ NYJur on Search & Seizure |
| 10/24/2013 | 0.9 | | F | WM | Legal Research- Notice of Claim Legal Sufficiency |
| 10/26/2013 | 0.6 | | A | WM | Reviewed Defendant's Exhibits 1 through 16 |
| 10/26/2013 | 0.4 | | E | WM | D1 Not of Motion for Summ Jdgmt in Plaintiff's favor - Begin Draft |
| 10/26/2013 | 0.9 | | E | WM | D1 WM Affidavit in Support of Pl's motion - Begin Draft |
| 10/26/2013 | 1.5 | | E | WM | D1 Pl's Memo of Law - Begin Draft |
| 10/27/2013 | 5.8 | | E | WM | D2 through D4 Pl's Memo of Law - Major Drafting of Pl's Memo of Law |
| 10/28/2013 | 2.7 | | E | WM | D5 and D6 Pl's Memo of Law - Revise Early Draft of Pl's Memo of Law |
| 10/29/2013 | 3.9 | | E | WM | D7 through D10 Pl's Memo of Law - Major Drafting Remaining Issues Pl's Me |
| 10/29/2013 | 2.1 | | F | WM | Courthouse Libr - Review LaFave on Search/Seizure; Rev Treatises & Cases |
| 10/29/2013 | 1.8 | | E | WM | Incorporate Thompson Depo; Sgt. Goggin Depo & NYPD Docs into Pl's Pape |
| 10/30/2013 | 2.1 | | E | WM | D1 Plaintiff's Statement of Undisputed Facts - Draft |
| 10/30/2013 | 1.5 | | E | WM | D1 Plaintiff's Response to City's 56.1 Stmt - Draft |
| 10/30/2013 | 4.1 | | E | WM | D11 through D14 Pl's Memo of Law - Major Expansion & Revision of Pl's Mer |
| 10/30/2013 | 0.8 | | F | WM | Legal Res - 2011 EDNY Ferarri (4th Amendment or 14th Am)(property claim) |
| 10/30/2013 | 0.7 | | F | WM | Legal Research- 2011 NDNY Hines (witholding property 4th Amend claim) |
| 10/31/2013 | 1.4 | | F | WM | D2 Response to Melissa Wachs 56.1 - Final Revisions to 56.1 Stmt |
| 10/31/2013 | 2.1 | | F | WM | D15 through D16 (Final) Pl's Memo of Law - Final Revisions to Pl's Memo |
| 10/31/2013 | 0.9 | | E | WM | Table of Contents and Authorities |
| 10/31/2013 | 0.8 | | E | WM | WM Affidavit - Final Revisions |
| 10/31/2013 | 0.7 | | E | WM | Legal Research- Excessive Force |
| 10/31/2013 | 0.7 | | H | WM | Filed all Pl's Docs on ECF |
| Hours | 40.70 | 0.00 | | | Page Totals    Expenses: |
| voucher | 16280.00 | 0.00 | | | |
| Please Pay: | $16,280.0 | | | | |

Attorney Time - Billed at Hourly Rate of $400/hr
Legal Assistant Time - Billed at Hourly Rate of $150/hr

| page: 1 of 1 | MARTIN & COLIN, P.C. ACTIVITY SHEET | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Case Name: | Cabral v City of New York | | | | | | | |
| Client Name: | **Dagoberto Cabral** | | | | Index No.: | | | |
| | | | | Invoice for Professional Services Rendered November 2013 | | | | |

| Date | Hours (.10s) | | Activity Code | Staff Member | Summarize Activities | | | |
|---|---|---|---|---|---|---|---|---|
| | A/T | P/T | | | | | | |
| 11/1/2013 | | 2.1 | | JT | Blueback Notice, Affid of WM & Exhibits for Pl's Summary Judgment Motion | | | |
| 11/1/2013 | | 0.4 | | JT | Blueback Response to Defendant's Statement of Undisputed Facts | | | |
| 11/8/2013 | | 0 | | JT | Affid of Serv (AOS) Response to Defendant's Statement of Undisputed Facts | | | |
| 11/8/2013 | | 0 | | JT | AOS Plaintiff Memo of Law | | | |
| 11/8/2013 | | 0 | | JT | AOS Notice of Plain XMotion for Part Summary Judgement | | | |
| 11/21/2013 | 1.4 | | | WM | Reviewed Def Mem of Law in Opp Plain XMotion | | | |
| Hours | 1.40 | 2.50 | | | Page Totals | | Expenses: | |
| voucher | 560.00 | 375.00 | | | | | | |
| Please Pay: | $935.00 | | | | | | | |

**Activity Codes:**

I. Out-of-Court

| A. Review Documents | E. Legal Drafting |
| B. Client Interview | F. Legal Research |
| C. Travel | G. Investigation |
| D. Phone/Correspondence | H. All Other |

II. In-Court

| J. Inicial Appearance | L. Fact Finding |
| K. Pre-trial Hearings | M. Disposition |
| N. All Other | |

III. Other

| P. Expenses (list along right side of form) |

Attorney Time - Billed at Hourly Rate of $400/hr

Legal Assistant Time - Billed at Hourly Rate of $150/hr

| page: 1 of 1 | | | | MARTIN & COLIN, P.C. ACTIVITY SHEET | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| Case Name: Cabral v City of New York | | | | | | | |
| Client Name: Dagoberto Cabral | | | | | Index No.: | | |
| | | | | Invoice for Professional Services Rendered December 2013 | | | |
| | | | | | | | |
| Date | Hours (.10s) | | Activity Code | Staff Member | Summarize Activities | | |
| | A/T | P/T | | | | | |
| | | | | | | | |
| 12/5/2013 | 0.4 | | F | WM | Legal Research- 2012 Earl Williams v City of NY (Sup Ct, NY Cty) | | |
| 12/5/2013 | 0.5 | | F | WM | Legal Research- 2012 NY Slip Op 30051 Williams v City of NY | | |
| 12/5/2013 | 0.4 | | F | WM | Legal Research- Westlaw 150.75 Criminal Procedural Law | | |
| 12/5/2013 | 0.3 | | F | WM | Legal Research- Westlaw 221 Penal Law | | |
| 12/5/2013 | 0.5 | | F | WM | Legal Research- McKinney Practice Commentary | | |
| 12/5/2013 | 0.5 | | F | WM | Legal Research- People v DeProspero Illegal Retention of Vehicle | | |
| 12/5/2013 | 2.9 | | E | WM | D1 and D2 Pl's Reply Memo of Law | | |
| 12/5/2013 | 0.6 | | E | WM | Final Revisions to Pl's (final) Reply Memo of Law | | |
| 12/5/2013 | 0 | | A | WM | Errors Noted on Filed Reply Memo of Law; Make Corrections | | |
| 12/5/2013 | 0 | | E | WM | Final Revisions to Pl's (final) Amended Reply Memo of Law | | |
| 12/6/2013 | 0 | | G | WM | Pl's Amended Reply Memo of Law filed with Court | | |
| 12/6/2013 | | 1.1 | G | JT | Binder Copies Made for Filing as Courtesy Copy | | |
| 12/10/2013 | | 0.6 | D | JT | Cover Letter with Courtesy Copy of Motion for Summ Jdgmt | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | Page Totals | | Expenses: |
| Hours | 6.10 | 1.70 | | | | | |
| voucher | 2440.00 | 255.00 | | | | | |
| Please Pay: | $2,695.00 | | | | | | |

Activity Codes:

I. Out-of-Court | II. In-Court | III. Other

A. Review Documents | E. Legal Drafting | J. Inicial Appearance | L. Fact Finding | P. Expenses (list along
B. Client Interview | F. Legal Research | K. Pre-trial Hearings | M. Disposition | right side of form)
C. Travel | G. Investigation | N. All Other
D. Phone/Correspondence | H. All Other

Attorney Time - Billed at Hourly Rate of $400/hr

Legal Assistant Time - Billed at Hourly Rate of $150/hr