| | | | | | |
|---|---|---|---|---|---|
| page: 1 of 1 | | | MARTIN & COLIN, P.C. ACTIVITY SHEET | | |

Case Name: Cabral v City of New York
Client Name: **Dagoberto Cabral**  Index No.:

Invoice for Professional Services Rendered June 2014

| Date | Hours (.10s) A/T | Hours (.10s) P/T | Activity Code | Staff Member | Summarize Activities |
|---|---|---|---|---|---|
| | | | | | |
| 6/12/2014 | 0.3 | | A | WM | Rec & Rev Order re Oral Argument & Legal Issues to Discuss |
| 6/16/2014 | 0.6 | | F | WM | Legal Research- NY Judge Applying Krimstock to Vehicles |
| 6/18/2014 | 0.3 | | F | WM | Legal Research- Hines Attorneys Win Reduced Fees in Civil Rights Case |
| 6/23/2014 | 0.4 | | F | WM | Legal Research- Bailey Applies Retroactively |
| 6/24/2014 | 0.4 | | F | WM | Legal Research- Detention of Person Not Arrested |
| 6/24/2014 | 0.3 | | F | WM | Legal Research- Excessive Force |
| 6/24/2014 | 0.6 | | F | WM | Legal Research- Terry Stop v Custodial Arrest |
| 6/26/2014 | 1.9 | | C | WM | Travel to Manhattan Fed Ct - for Argument of Summ Jdgmt Cross-Motions |
| 6/26/2014 | 0.9 | | N | WM | Oral Argument on Cross-Motions for Summ Jdgmt |

| | | | | | | |
|---|---|---|---|---|---|---|
| Hours | 5.70 | 0.00 | | Page Totals | | Expenses: |
| voucher | 2280.00 | 0.00 | | | | |
| Please Pay: | $2,280.00 | | | | | |

**Activity Codes:**

| I. Out-of-Court | | II. In-Court | | III. Other |
|---|---|---|---|---|
| A. Review Documents | E. Legal Drafting | J. Inicial Appearance | L. Fact Finding | P. Expenses (list along |
| B. Client Interview | F. Legal Research | K. Pre-trial Hearings | M. Disposition | right side of form) |
| C. Travel | G. Investigation | N. All Other | | |
| D. Phone/Correspondence | H. All Other | | | |

Attorney Time - Billed at Hourly Rate of $400/hr
Legal Assistant Time - Billed at Hourly Rate of $150/hr

# MARTIN & COLIN, P.C. ACTIVITY SHEET

Case Name: Cabral v City of New York
Client Name: **Dagoberto Cabral**                    Index No.:

Invoice for Professional Services Rendered July 2014

| Date | Hours (.10s) A/T | Hours (.10s) P/T | Activity Code | Staff Member | Summarize Activities |
|---|---|---|---|---|---|
| 7/10/2014 | 0.3 | | A | WM | Melissa Wachs' Acknowledgement Form - Magis Cott (for settlement talks) |
| 7/14/2014 | 0.4 | | F | WM | Legal Research- Hines v City of Albany now 2d Cir Opinion |
| 7/14/2014 | 0.9 | | E | WM | D1 Ex Parte Settlement Letter to Mag. Cott - begin drafting |
| 7/15/2014 | 0.8 | | E | WM | D2 Ex Parte Settlement Letter to Mag. Cott - continue drafting |
| 7/16/2014 | 0.8 | | E | WM | D3 Ex Parte Settlement Letter to Mag. Cott - continue drafting |
| 7/17/2014 | 0.5 | | E | WM | D4 Ex Parte Settlement Letter to Mag. Cott - continue drafting |
| 7/18/2014 | 0.7 | | A,E | WM | Review Mag Cott's Rules; Draft Plaintiff's Acknowledgement Form |
| 7/18/2014 | 0.6 | | E | WM | D5 Ex Parte Settlement Letter to Mag. Cott - Revise |
| 7/19/2014 | 0.5 | | E | WM | D6 Ex Parte Settlement Letter to Mag. Cott - Final Revisions |
| 7/19/2014 | 0.4 | | E,H | WM | Reviewed Plaintiff's Confid Material; file with Court |
| 7/28/2014 | 1.2 | | B | WM | Meet Client; Prep Client for Settlement Conf w Mag. Cott |
| 7/30/2014 | 1.9 | | C | WM | Travel to Manhattan Fed Ct for Settement Conf w Mag Cott |
| 7/30/2014 | 3.9 | | N | WM | Prep for and Attend Extensive Settlment Conf w Mag Cott |
| **Hours** | 12.90 | 0.00 | | | **Page Totals**    Expenses: |
| **voucher** | 5160.00 | 0.00 | | | |
| **Please Pay:** | $5,160.00 | | | | |

**Activity Codes:**

| I. Out-of-Court | | II. In-Court | III. Other |
|---|---|---|---|
| A. Review Documents | E. Legal Drafting | J. Inicial Appearance | L. Fact Finding | P. Expenses (list along |
| B. Client Interview | F. Legal Research | K. Pre-trial Hearings | M. Disposition | right side of form) |
| C. Travel | G. Investigation | N. All Other | | |
| D. Phone/Correspondence | H. All Other | | | |

Attorney Time - Billed at Hourly Rate of $400/hr
Legal Assistant Time - Billed at Hourly Rate of $150/hr

# MARTIN & COLIN, P.C. ACTIVITY SHEET

Case Name: Cabral v City of New York
Client Name: **Dagoberto Cabral**            Index No.:

Invoice for Professional Services Rendered September 2014

| Date | Hours (.10s) A/T | Hours (.10s) P/T | Activity Code | Staff Member | Summarize Activities |
|---|---|---|---|---|---|
| 9/17/2014 | 0.8 | | A | WM | Receipt & Review Court's Decision on Summ Jdgmt |
| 9/19/2014 | 1.2 | | B | WM | Mtg w client; explain decision; discuss plan going forward |
| 9/25/2014 | 1.7 | | C | WM | Travel to Manhattan for Court App; Return |
| 9/25/2014 | 0.8 | | N | WM | Court App; Disc Case w Judge S; Disc re-referral to Mag for Possible Settmt |
| 9/29/2014 | 0.4 | | A,D | WM | Rec & Rev Order re Stlmt Conf; emails w ACC to advance Settmt Date |
| 9/30/2014 | 0.2 | | A | WM | Order of Mag Advancing Stlmt Conf to Oct 3 |
| Hours | 5.10 | 0.00 | | | Page Totals                 Expenses: |
| voucher | 2040.00 | 0.00 | | | |
| Please Pay: | $2,040.00 | | | | |

Activity Codes:

**I. Out-of-Court**
A. Review Documents    E. Legal Drafting
B. Client Interview    F. Legal Research
C. Travel              G. Investigation
D. Phone/Correspondence  H. All Other

**II. In-Court**
J. Inicial Appearance    L. Fact Finding
K. Pre-trial Hearings    M. Disposition
N. All Other

**III. Other**
P. Expenses (list along right side of form)

Attorney Time - Billed at Hourly Rate of $400/hr
Legal Assistant Time - Billed at Hourly Rate of $150/hr

# MARTIN & COLIN, P.C. ACTIVITY SHEET

Case Name: Cabral v City of New York
Client Name: **Dagoberto Cabral**　　　　　　　　　　　Index No.:

Invoice for Professional Services Rendered October 2014

| Date | Hours (.10s) A/T | Hours (.10s) P/T | Activity Code | Staff Member | Summarize Activities |
|---|---|---|---|---|---|
| 10/1/2014 | 1.6 | | F | WM | Revisions to ex parte settlement letter to Mag Cott; Send to Magistrate |
| 10/2/2014 | 0.9 | | B | WM | Mtg w Client; Prep for Settlmt Conf tomorrow |
| 10/3/2014 | 1.9 | | C | WM | Travel to Manhattan for Court App w Magistrate; Return |
| 10/3/2014 | 3.3 | | N | WM | Prep and Attend Settlmt Conf w Magistrate Cott |
| 10/20/2014 | 1.1 | | F | WM | Research for in limine motion |
| 10/24/2014 | 3.8 | | E | WM | Draft, Revise Plaintiff's Mot in Limine; File with Court |
| 10/29/2014 | 2.9 | | E,F | WM | drafts- pl's jury voir dire, pl's verdict forms, pl's jury instructions |
| 10/30/2014 | 2.4 | | E,F | WM | Revise pl's drafts: voire dire; pl's verdict forms; pl's jury instruct; email to ACC |
| 10/31/2014 | 0.7 | | D | WM | correspondence- request of extension of pre trial deadline; file w Court |

| | A/T | P/T | | | Page Totals | | | Expenses: | |
|---|---|---|---|---|---|---|---|---|---|
| Hours | 18.60 | 0.00 | | | | | | | |
| voucher | 7440.00 | 0.00 | | | | | | | |
| Please Pay: | $7,440.00 | | | | | | | | |

**Activity Codes:**

I. Out-of-Court　　　　　　　　　　　　II. In-Court　　　　　　　　　　　III. Other

A. Review Documents　　E. Legal Drafting　　　　J. Inicial Appearance　　L. Fact Finding　　　P. Expenses (list along
B. Client Interview　　　　F. Legal Research　　　　K. Pre-trial Hearings　　　M. Disposition　　　　right side of form)
C. Travel　　　　　　　　　G. Investigation　　　　　　　　　　N. All Other
D. Phone/Correspondence　H. All Other

Attorney Time - Billed at Hourly Rate of $400/hr
Legal Assistant Time - Billed at Hourly Rate of $150/hr

# MARTIN & COLIN, P.C. ACTIVITY SHEET

page: 1 of 1

Case Name: Cabral v City of New York
Client Name: **Dagoberto Cabral**
Index No.:

Invoice for Professional Services Rendered November 2014

| Date | Hours (.10s) A/T | Hours (.10s) P/T | Activity Code | Staff Member | Summarize Activities |
|---|---|---|---|---|---|
| 11/3/2014 | 1.5 | | E | WM | Revisions to draft voir dire, jury charges, verdict sheet |
| 11/3/2014 | 1.7 | | E | WM | Draft & Revise Pl's Oppos to Def's Motion in Limine; efile w Court |
| 11/5/2014 | 1.6 | | E | WM | Revisions to draft voir dire, etc.; discuss w ACC |
| 11/6/2014 | 2.7 | | E | WM | Begin Draft Pl's portion of JPTO; Revise; send to ACC |
| 11/6/2014 | 1.8 | | E | WM | Revisions to JPTO; tel convos w ACC; Add'l Revisions to JPTO |
| 11/7/2014 | 0.8 | | E | WM | Revisions re economic damages; emails w ACC |
| 11/10/2014 | 2.8 | | E | WM | final changes to jury charge; verdict sheet; final changes to JPTO; efile |
| 11/10/2014 | 0.9 | | G | WM | Look for and consider using photos of interior compartment of Pl's Van |
| 11/12/2014 | 0.7 | | F | WM | Rev recent 2d Cir Case on Damages - Trigg |
| 11/17/2014 | 1.5 | | A,D | WM | proposed changes to JPTO, letter to judge with CD, ltr to MWachs with Subp |
| 11/23/2014 | 0.7 | | F | WM | Rev recent LGS similar case tried in 2014 - Richardson v City |
| 11/24/2014 | 1.8 | | C | WM | Travel to Manhattan for Final Pre Trial Conf |
| 11/24/2014 | 1.1 | | N | WM | Prep & Attend Final Pre-Trial Conf |
| 11/29/2014 | 0.7 | | A | WM | Rev 2010 Stop & Frisk Data Study by John Jay College - for Cross Exam data |
| 11/30/2014 | 1.1 | | B | WM | Meeting with client at 44 church St; Calendar for Decemb Prep and Trial |

| | | | | Page Totals | | Expenses: | |
|---|---|---|---|---|---|---|---|
| Hours | 21.40 | 0.00 | | | | | |
| voucher | 8560.00 | 0.00 | | | | | |
| Please Pay: | $8,560.00 | | | | | | |

**Activity Codes:**

**I. Out-of-Court**
- A. Review Documents
- B. Client Interview
- C. Travel
- D. Phone/Correspondence
- E. Legal Drafting
- F. Legal Research
- G. Investigation
- H. All Other

**II. In-Court**
- J. Inicial Appearance
- K. Pre-trial Hearings
- L. Fact Finding
- M. Disposition
- N. All Other

**III. Other**
- P. Expenses (list along right side of form)

Attorney Time - Billed at Hourly Rate of $400/hr
Legal Assistant Time - Billed at Hourly Rate of $150/hr

| | | | | | |
|---|---|---|---|---|---|
| page: 1 of 1 | | | **MARTIN & COLIN, P.C. ACTIVITY SHEET** | | |

| | |
|---|---|
| Case Name: | Cabral v City of New York |
| Client Name: | **Dagoberto Cabral** |
| Index No.: | |

Invoice for Professional Services Rendered December 2014

| Date | Hours (.10s) A/T | Hours (.10s) P/T | Activity Code | Staff Member | Summarize Activities |
|---|---|---|---|---|---|
| | | | | | |
| 12/9/2014 | 0.7 | | A,E | WM | Review Judge's Specific Selection Procedures |
| 12/9/2014 | 0.9 | | A,E | WM | Review Judge's Specific Jury Trial Procedures |
| 12/11/2014 | 1.1 | | G | WM | Review Billy Epps Deposition Transcript |
| 12/11/2014 | 2.1 | | E | WM | Begin Outline Cross - Det Thompson (Opening, Closing) |
| 12/12/2014 | 1.9 | | E | WM | Begin Outline Direct - Dag Cabral (Opening, Closing); Rev Court's Docs |
| 12/13/2015 | 1.8 | | B | WM | Begin Prep Plaintiff for Trial Testimony |
| 12/15/2014 | 2.4 | | E | WM | Continue Cross Prep - Outline Cross Topics - Coordinate Phys Exhibits to Cr |
| 12/15/2014 | 1.8 | | E | WM | Continue Outline Dag Direct; Incorpor All Points into Opening & Summation |
| 12/15/2014 | 1.6 | | B | WM | Cont Mtg w Plaintiff; Explain Entire Process; Continue Trial Prep; Ct's Rev Do |
| 12/16/2014 | 1.9 | | C | WM | Travel to Manhattan for Day 1 Jury Trial; Return |
| 12/16/2014 | 11.5 | | L | WM | Arrive Early, Prep, Trial Begins, Jury Sele, Open, Plain Testifies; Charge Con |
| 12/17/2014 | 1.8 | | C | WM | Travel to Manhattan for Day 2 Jury Trial; Return |
| 12/17/2014 | 10.3 | | L | WM | Kerman Case; Arrive Early, Prep, Trial Cont'd, Cross Thompson, Closing, Ve |
| **Hours** | 39.80 | 0.00 | | **Page Totals** | Expenses: |
| **voucher** | 15920.00 | 0.00 | | | |
| **Please Pay:** | $15,920.0 | | | | |

**Activity Codes:**

**I. Out-of-Court**

| | | | II. In-Court | | III. Other |
|---|---|---|---|---|---|
| A. Review Documents | | E. Legal Drafting | J. Inicial Appearance | L. Fact Finding | P. Expenses (list along |
| B. Client Interview | | F. Legal Research | K. Pre-trial Hearings | M. Disposition | right side of form) |
| C. Travel | | G. Investigation | | N. All Other | |
| D. Phone/Correspondence | | H. All Other | | | |

Attorney Time - Billed at Hourly Rate of $400/hr

Legal Assistant Time - Billed at Hourly Rate of $150/hr